

CLAIRE E. JUNEAU, PARTNER
PH 504.620.3194
CLAIRE.JUNEAU@KEANMILLER.COM

July 22, 2025

*Via ECF*

Lyle W. Cayce
Clerk of Court
United States Court of Appeal
For the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

        Re:    *McLemore v. Lumen Technologies*, No. 25-30264

Dear Mr. Cayce:

    I represent Appellees, Lumen Technologies, Inc., Indraneel Dev, Kate Johnson, Chris Stansbury, and Jeffrey K. Storey, in the above-captioned appeal. Pursuant to Fifth Circuit Rule 31.4 and the Court's Internal Operating Procedures, I respectfully request a ten-day extension of time—from August 13, 2025 to August 25, 2025—for the filing of Appellees' brief.[1] Opposing counsel has informed us that they do not oppose this request.

    "Good cause" supports this extension request. Lumen's counsel is currently engaged in the following overlapping professional obligations:

1. Representing defendants in two separate securities actions—*James Tiessen v. The Toronto Dominion Bank, et al.*, No. 24-CV-8032 (S.D.N.Y.), and *In re PayPal Holdings, Inc., Securities Litigation*, No. 3:22-cv-05864 (D.N.J.)—with briefing deadlines also falling in August.

2. Handling a multi-day administrative hearing in *Chevron U.S.A. Inc. v. Levert*, Docket No. 2025-11681-DENR, before the Louisiana Division of Administrative Law.

3. Preparing for and attending multiple depositions in *LDWF v. BP*, Docket No. 848,368 (24th J.D.C., Terrebonne Parish) and *Bradish Johnson v. Tennessee Gas Pipeline Company*, No. 23-CV-7378 (E.D. La.).

    Given the volume and timing of these concurrent commitments, additional time would permit counsel to produce a thorough, well-reasoned brief without prejudicing the appeal schedule.

---

[1] Under Federal Rule of Appellate Procedure 31(a)(1), Appellants' reply brief would then be due within 21 days of August 25, 2025.

July 22, 2025
Page 2

    We, therefore, respectfully request that the Court grant this ten-day extension for filing the Appellees' brief.

                    Very truly yours,

                    */s/ Claire E. Juneau*

                    Claire E. Juneau